UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61905-CIV-DIMITROULEAS/SNOW

BARTOLO CRUZ and all others
Similarly situated under 29 U.S.C. § 216(B),

Plaintiff,

vs.

TIRE DEPOT GROUP, LLC and
SHLOMI LEVI,

Defendants.
_______________________________/

**SUGGESTION OF BANKRUPTCY**

Defendant/Debtor, Shlomi Levi (hereinafter referred to as "Levi"), files this Suggestion of Bankruptcy, and states:

1. On April 30, 2015, Levi filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Florida, Case No. 15-18020-BKC-JKO.

2. Pursuant to 11 U.S.C. § 362, certain actions against Levi are automatically stayed by virtue of the bankruptcy.

3. This Suggestion of Bankruptcy is filed for informational purpose only and does not constitute an appearance in the above-captioned case.

Dated: May 2, 2015

Respectfully submitted,

LEIDERMAN SHELOMITH, P.A.
Bankruptcy Counsel for Levi – Does not Constitute a General Appearance in Case
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By: /s/ Zach B. Shelomith
ZACH B. SHELOMITH
Florida Bar No. 0122548
zshelomith@lslawfirm.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Zach B. Shelomith
ZACH B. SHELOMITH
Florida Bar No. 0122548
zshelomith@lslawfirm.net

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher Nathaniel Cochran**
  cnc02g@gmail.com
- **Steven C. Fraser**
  steven.fraser.esq@gmail.com
- **Ryan Drew Gesten**
  ryan@gestenlaw.com
- **John F. Jankowski , Jr**
  johnj@jfjlaw.com
- **Louis Mario Ursini , III**
  louis.ursini@arlaw.com,amanda.smith@arlaw.com
- **David Michael Vogel**
  david@gestenlaw.com
- **Jamie H. Zidell**
  ZABOGADO@AOL.COM

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 04/30/2015 at 5:46 PM and filed on 04/30/2015.

**Shlomi Gal Levi**
4955 SW 33 Ave
Fort Lauderdale, FL 33312
SSN / ITIN: xxx-xx-9650

The case was filed by the debtor's attorney:

**Zach B Shelomith**
2699 Stirling Rd # C401
Ft Lauderdale, FL 33312
(954) 920-5355

The bankruptcy trustee is:

**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

The case was assigned case number 15-18020-JKO to Judge John K Olson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**